UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIA GENO,

      Plaintiff,

v.                                         Case No:8:18-cv-03072-EAK-SPF

COMENITY BANK,

      Defendant.

_____/

## STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

      COME NOW, Plaintiff, **JULIA GENO**, and Defendant(s), **COMENITY BANK** ("Defendant"), by and through the undersigned counsel, and hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and agree that Plaintiff's claims against Defendant should be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

      Respectfully submitted this **March 6, 2020**,

| | |
|---|---|
| **LAW OFFICE OF MICHAEL A. ZIEGLER, P.L.: DEBT FIGHTERS** | **GOLDEN SCAZ GAGAIN, PLLC** |
| */s/ Kaelyn Steinkraus* | */s/ Charles James McHale, Jr.* |
| Kaelyn Steinkraus, Esq. | Charles James McHale, Jr., Esq. |
| Florida Bar No. 125132 | Florida Bar No. 0026555 |
| kaelyn@attorneydebtfighters.com | cmchale@gsgfirm.com |
| 2561 Nursery Road, Suite A | 201 N. Armenia Avenue |
| Clearwater, FL 33764 | Tampa, FL 33609 |
| (p) (727) 538-4188 | (p) (813) 251-5500 |
| (f) (727) 362-4778 | (f) (813) 251-3675 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **06** day of **March, 2020**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Kaelyn Steinkraus*
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132